UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE BETTY SPRUEL,<br><br>                 Plaintiff,<br><br>    v.<br><br>CHILDRENS ADMINISTRATION, et al.,<br><br>                 Defendants. | Case No. C24-1313-JCC<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff's *in forma pauperis* (IFP) application, Dkt. 1, is deficient. Plaintiff indicates she has no income, sources of money, money on hand or in accounts, or property, and no monthly expenses. Plaintiff must submit a revised, signed IFP application within **twenty (20) days** of the date of this Order. She must provide complete and detailed financial information and, if she has no means of support, she must explain how she is able to meet basic expenses, including food and shelter. Failure to comply may result in denial of IFP and/or dismissal.

Dated this 23rd day of August, 2024.

                                                                             Ravi Subramanian
                                                                             Clerk of Court

                                                                  By: Stefanie Prather
                                                                      Deputy Clerk

MINUTE ORDER - 1