UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE BETTY SPRUEL,<br><br>      Plaintiff,<br><br> v.<br><br>CHILDRENS ADMINISTRATION, et al.,<br><br>      Defendants. | Case No. C24-1313-JCC<br><br>ORDER GRANTING IN FORMA PAUPERIS APPLICATION |

  Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's IFP application, *see* Dkts. 1 & 5, is GRANTED.  However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915 (e)(2)(B).  The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

  Dated this 28th day of August, 2024.

                          */s/ S. Kate Vaughan*
                          S. KATE VAUGHAN
                          United States Magistrate Judge