THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELLE BETTY SPRUEL,

                         Plaintiff,

     v.

CHILDRENS ADMINISTRATION, *et al.*,

                         Defendants.

CASE NO. C24-1313-JCC

ORDER

This matter comes before the Court *sua sponte*. On August 28, 2024, the Honorable S. Kate Vaughn, United States Magistrate Judge, granted Plaintiff's motion to proceed *in forma pauperis*. (Dkt. No. 6.) Plaintiff's complaint (Dkt. No. 7) was entered shortly thereafter. Upon reviewing Plaintiff's complaint, this Court ordered Plaintiff to file an amended complaint demonstrating the basis for this Court's subject matter jurisdiction.[1] (*See* Dkt. No. 8.) Plaintiff did so. But, like the last, her amended complaint fails to establish this Court's subject matter jurisdiction. Given the parties and claims involved, it would appear this case is more appropriate for King County Superior Court.

Accordingly, the Court DISMISSES the case without prejudice. The Clerk is DIRECTED

---

[1] Subject-matter jurisdiction refers to the Court's power to hear a case. *Union Pac. R.R. Co. v. Bhd. of Locomotive Eng'rs & Trainmen Gen. Comm. of Adjustment*, 558 U.S. 67, 81 (2009). "Federal courts are courts of limited jurisdiction." *Richardson v. United States,* 943 F.2d 1107, 1108 (9th Cir. 1991).

to close this case.

DATED this 27th day of September 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE